JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUINOX ELECTRICAL & DATA, INC., a California corporation,,<br><br>Defendants. | Case No.<br>EDCV 5:19-cv-02355 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default Judgment against Defendant Equinox Electrical and Data, Inc. is GRANTED.

JUDGMENT is therefore entered, as follows:

1.  Plaintiffs are AWARDED:

a.  $50,512.04 in damages

b.  $12,190.95 in attorneys' fees and costs

c.  $940.00 in court costs

2. Plaintiffs are ORDERED to mail a copy of this order and the judgment concurrently filed therewith to Defendant. Plaintiffs shall file Proof of Service with the Court within ten days of the date of this Order.

Dated: September 15, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge